MARK A. GOODMAN (State Bar No. 127704)
LYN D. TADLOCK (State Bar No. 161277)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER & BORGES LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
Dollar Rent-A-Car Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER EMEZIEM,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DOLLAR RENT-A-CAR SYSTEMS, INC., CHUCK SCHUYLER, DOES 1 TO 100,<br><br>　　　　Defendants. | Case No. C 04 5195 CW ARB<br><br>**STIPULATION TO EXTEND TIME TO MEDIATE AND [PROPOSED] ORDER PURSUANT TO F.R.C.P. RULE 6(**b**)**<br><br>Date:　October 25, 2005<br>Time:　10:00 a.m.<br>Mediator:  Bruce H. Winkelman, Esq |

　　　　The parties to the above entitled action jointly submit this Stipulation and Proposed Order and request the court to adopt it as the scheduling order for the mediation.

　　　　The mediation in the above captioned matter is presently on calendar for October 25, 2005.

　　　　Plaintiff ALEXANDER EMEZIEM represented Kelechi Charles Emeziem, Esq. of the firm of Emeziem & Ogbu, LLP  and defendant DOLLAR RENT A CAR SYSTEMS, INC. represented by Mark A.Goodman, Esq. of the firm of McNamara, Dodge, Ney, Beatty, Slattery, Pfalzer & Borges LLP, by and through their respective counsel stipulate to extend the time within which the mediation in the above-captioned matter must be held to November 10, 2005, so that the mediation may be held on the date agreed upon by counsel for all parties and the mediator,

STIPULATION TO EXTEND TIME TO
MEDIATE AND [PROPOSED] ORDER

Bruce H. Winkelman, Esq. which is November 1, 2005, November 2, 2005 or November 10, 2005, depending on the availability of a courtroom for the mediation.

Good cause exists for the continuance on the grounds that on October 18, 2005 Mark Goodman, Esq. counsel for the defendant Dollar Rent A Car Systems Inc. was called out of the office for a medical emergency, his mother suffered a stroke, and he will return to the office on Tuesday October 25, 2005, if his mother's condition permits.

Counsel for the plaintiff, Kelechi Charles Emeziem, Esq., and the mediator, Bruce H. Winkelman, Esq., agree to the continuance of the mediation to one of the proposed dates in November 2005.

Dated: _____                Emeziem & Ogbu, LLP

                                      By: _____
                                          Kelechi Charles Emeziem, Esq.
                                          Attorney for Plaintiff

Dated:  October 24, 2005              MCNAMARA, DODGE, NEY, BEATTY, SLATTERY & PFALZER LLP

                                      By:   /s/
                                          Mark A. Goodman
                                          Lyn D. Tadlock
                                          Attorneys for Defendant
                                          DOLLAR RENT-A-CAR SYSTEMS, INC.

Dated: _____                By: _____
                                           Bruce H. Winkelman, Esq.
                                           Mediator

ORDER

This Court, having fully considered the Stipulation, and good cause appearing, IT IS HEREBY ORDERED

That the time within which the above captioned matter must be mediated is extended to

**STIPULATION TO EXTEND TIME TO MEDIATE AND [PROPOSED] ORDER**                2

1  November 10, 2005, or the first date on which a courtroom is available for the mediation.

2  Date: 10/25/05

3  CLAUDIA WILKIN
   United States District Judge



STIPULATION TO EXTEND TIME TO              3
MEDIATE AND [PROPOSED] ORDER