KELECHI CHARLES EMEZIEM, CSB #159652
**EMEZIEM & OGBU, LLP**
5801 CHRISTIE AVENUE, SUITE 350
EMERYVILLE, CA 94608
TEL. 510-595-7424
FAX: 510-595-7353
E-MAIL: Advocate@eo-law.com

Attorney for Plaintiff,
ALEXANDER EMEZIEM

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER EMEZIEM, | Case No. C045195 CW ARB |
| Plaintiff, | **PLAINTIFF'S REQUEST FOR DISMISSAL** |
| vs. | |
| DOLLAR RENT-A-CAR SYSTEMS, INC., CHUCK SCHUYLER, DOES 1 TO 100, | |
| Defendant. | |

TO ALL PARTIES AND THE CLERK OF COURT:

Plaintiff, ALEXANDER EMEZIEM, requests that the complaint filed in this action be dismissed with prejudice as to all parties and all causes of action.

Dated: November 10, 2005

Respectfully submitted,

Emeziem and Ogbu, LLP

By: _____
Kelechi Charles Emeziem
Attorneys for Plaintiff

IT IS SO ORDERED
Judge Claudia Wilken